IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLYN RYLAND, | No. CIV S-07-2069-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On October 4, 2007, the court granted plaintiff's motion for leave to proceed in forma pauperis and issued a scheduling order.  The scheduling order provides that plaintiff can prosecute this action in one of two ways: (1) by filing a motion for summary judgment and/or remand within 45 days of the date of service of the certified administrative record by defendant; or (2) submitting to defendant a request for voluntary remand along with any new evidence.  A review of the docket reflects that the certified administrative record was served on or about February 26, 2008, and that, on April 16, 2008, plaintiff submitted a request for voluntary remand to defendant.

1       Pursuant to the scheduling order, once a request for voluntary remand is
2 submitted, defendant is required to inform plaintiff within 30 days whether the case will be
3 voluntarily remanded.  Within 45 days of notification of defendant's decision to decline
4 voluntary remand, plaintiff is required to file a motion for summary judgment and/or remand.  In
5 this case, nothing has been filed since April 16, 2008, when plaintiff filed a notice that she
6 submitted a request for voluntary remand to defendant.  Specifically, the parties have not filed a
7 stipulation for voluntary remand and plaintiff has not filed a motion for summary judgment
8 and/or remand.

9       Plaintiff is directed to show cause, in writing, within 30 days of the date of this
10 order why this action should not dismissed for lack of prosecution.  <u>The filing of a stipulation for
11 voluntary remand or a motion for summary judgment and/or remand within the time specified
12 will constitute an adequate response to this order to show cause</u>.  Plaintiff is warned that failure
13 to respond to this order will result in dismissal of the action.  <u>See</u> Local Rule 11-110.

14       IT IS SO ORDERED.

16 DATED: July 17, 2008

17       _____
18       **CRAIG M. KELLISON**
      UNITED STATES MAGISTRATE JUDGE